

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00264-CR

Oscar **MIRELES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 367739
The Honorable Liza Rodriguez, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED November 20, 2013.

_____
Marialyn Barnard, Justice